# In the United States Court of Federal Claims

**(Filed:  October 3, 2024)**

| | |
|---|---|
| In re ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS<br><br>THIS DOCUMENT APPLIES TO:<br><br>17-9001L; ALL INDIVIDUALLY FILED UPSTREAM CASES | Sub-Master Docket No. 17-9001L |

## ORDER

Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, and because I find that the transfer of these cases is necessary for the efficient administration of justice, the Clerk of Court shall reassign Sub-Master Docket No. 17-9001L and all individually filed upstream cases to Judge Richard A. Hertling.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Chief Judge